REDACTED

H 14-1228M

United States Courts
Southern District of Texas
FILED
December 30, 2014
David J. Bradley, Clerk of Court

**United States District Court — Violation Notice**

Violation Number: A 2472231

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 05/29/14 1258
Offense Charged: AL 32-6-19
Place of Offense: Gate 9 RSA

Offense Description: Suspended Driver's License

**DEFENDANT INFORMATION**

Last Name: Thornburger
First Name: Tyler
M.I.: Dylan

Street Address: [redacted]
City: Brooksville
State: AL
Zip: 3597C

DOB: [redacted]
Sex: M
Height: 5'11"
Weight: 195
Eyes: Bsk
Hair: 1st lt ind
Race: 95

**VEHICLE DESCRIPTION**

Tag No: 59HT542
State: AL
Year: 95
Make: Ford
Model: [illegible]

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $ ___
+ $25 Processing Fee
Total Collateral Due: ___

**YOUR COURT DATE**

U.S. MAGISTRATE COURT
101 HOLMES AVE, N.E.
HUNTSVILLE, AL 35801
COURT CLERK (256) 534-0465

MCA

Defendant Signature: X [signature]

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 05/29/14 while exercising my duties as a law enforcement officer in the Northern District of AL:

MSGT Thornburger was stopped for following too close to another vehicle. Check of License showed a suspended license. Refer to USMS report for complete information.

[signature]

The foregoing statement is based upon:
☑ my personal observation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/29/14
Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
U.S. Magistrate Judge

TRUE COPY: [signature]

AO 442 (Rev. 11/11) Arrest Warrant

FID 9661282

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | A2472231/NA2 |
| | ) | | |
| | ) | | |
| | ) | | |
| Tyler D. Therwhanger | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Tyler D. Therwhanger
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     X Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Driving on a suspended driver's license

Date:   Oct 20, 2014

*Issuing officer's signature*

City and state:   Huntsville, Alabama

Sharon N. Harris, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)*                    , and the person was arrested on *(date)*
at *(city and state)*

Date:

*Arresting officer's signature*

*Printed name and title*